TOWN OF KEARNY, PROSECUTOR–APPELLANT, v. DIVISION OF TAX APPEALS, ETC., DEFENDANTS–RESPONDENTS.

Argued February 14, 1949—Decided February 21, 1949.

*Mr. Joseph L. Lippman,* argued the cause for the prosecutor-appellant (*Mr. Louis J. Miller,* attorney; *Mr. Herbert H. Fine,* on the brief).

*Mr. William H. Speer* argued the cause for the defendants-respondents (*Mr. Joseph V. Suter,* attorney).

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Mr. Justice Wachenfeld in the former Supreme Court.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, OLIPHANT, BURLING, and ACKERSON—5.

*For reversal:* None.